## STOVER v STATE

Ohio Appeals, 3rd Dist, Putnam Co
Decided Nov. 14, 1930

For full opinion see 33 O L R 598; 37 Oh Ap 213 (Oh Bar 2-24-31).